IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| N.C., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT FRIEND, MELISSA COVO, | * * * * | CASE NO.: 1:22-cv-00022 |
| Plaintiff, | * | |
| v. | * * | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

## COMPLAINT
## JURISDICTIONAL PREAMBLE

COMES NOW the Plaintiff, N.C, a Minor, by and through his Mother and Next Friend, Melissa Covo, and in accordance with the Federal Tort Claims Act, 28 U.S.C. § 2679, files the following claim for relief against the Defendant, United States of America as follows:

1. The Plaintiff, N.C, is a minor resident of Baldwin County, Alabama who sues by and through his Mother and Next Friend, Melissa Covo.

2. This claim is brought against the United States pursuant to the Federal Tort Claims Act for monetary damages as compensation for personal injuries that was caused by the negligent and wrongful acts and omissions of an employee of the United States Government while acting within the scope of their employment, under circumstances where the United States, if a private citizen would be liable to the Plaintiff in accordance with the laws of the State of Alabama.

3. Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

4. This suit has been timely filed and the Plaintiff timely served notice of the claim to the USPS Office of the Consumer Advocate on November 19, 2020. On December 21, 2021, the

USPS Office of the Consumer Advocate issued a letter denying the claim of N.C, minor (Claim Number NT202072928).

5. The amount in controversy is within the jurisdictional limits of this Honorable Court.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

Plaintiff alleges against the Defendant, United States of America as follows:

6. The Plaintiff adopts and realleges all prior paragraphs as if fully set out herein. On or about October 18, 2020, United States Postal Service employee Brandy Herrington, while acting in the line and scope of her duties, was driving a truck owned by the United States Postal Service. Herrington was driving on Arlington Boulevard in Spanish Fort, Alabama, when she negligently failed to obey a stop sign and struck the Plaintiff and his golf cart, causing serious damage and injury.

7. As a proximate result of the negligence of Brandy Herrington, in her capacity as a United States Postal Service Employee, Plaintiff was caused to suffer the following injuries and damages: the Plaintiff was injured; the Plaintiff was permanently injured; the Plaintiff was caused to suffer pain; the Plaintiff was caused to suffer mental anguish and will suffer mental anguish in the future; the Plaintiff was caused to incur and will incur in the future medical bills, hospital bills, and other medical expenses.

WHEREFORE, the Plaintiff demands judgment against the Defendant, United States of America for compensatory damages, and such other damages as allowed by the State of Alabama in an amount that is within the jurisdictional limits of this Honorable Court, plus interests and costs.

/s/ BRITT V. BETHEA
BRITT V. BETHEA (BET012)
Attorney for Plaintiff

OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
51 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 – Facsimile

**DEFENDANTS TO BE SERVED AS FOLLOWS:**

United States of America                                                                 *Via Private Process Server*
c/o Civil Process Clerk of the U.S. Attorney's Office
Southern District of Alabama
63 South Royal Street, Suite 600
Mobile, AL 36602

United States of America                                                                 *Via Registered Mail*
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001